Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNICOLORS, INC., | Case No.: 2:21-cv-00999-SB-AGR |
| --- | --- |
| Plaintiff, | <u>Hon. Stanley Blumenfeld Jr. Presiding</u> |
| v. | **NOTICE OF SETTLEMENT OF CERTAIN CLAIMS** |
| PURPLE LABEL, INC.; et. al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE that Plaintiff Unicolors, Inc. has reached a settlement as to the claims asserted against Defendants A & O International, Echomerx Corporation, and Walmart, Inc., which conern the product denoted in Plaintiff's operative complaint as "Infringing Product D" (*see* Complaint, Dkt. #1 ¶ 28(d)).

All other claims are ongoing.

The parties anticipate finalizing the terms of the long-form agreement and filing a Stipulated Dismissal within the next 30 days, with the parties paying their own attorneys' fees and costs.

Respectfully submitted,

Date: April 26, 2021      By:   /s/ *Trevor W. Barrett*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff