Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNICOLORS, INC., | Case No.: 2:21-cv-00999-SB-AGR |
| --- | --- |
| Plaintiff, | <u>Hon. Stanley Blumenfeld Jr. Presiding</u> |
| v. | **NOTICE OF SETTLEMENT OF CERTAIN CLAIMS** |
| PURPLE LABEL, INC.; et. al., | |
| Defendants. | |

1
2
TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

3
4
5
6
PLEASE TAKE NOTICE that Plaintiff Unicolors, Inc. has reached a settlement as to the claims asserted against Defendants Branche Apparel, Inc., Moda Xpress, Inc., and Fashion 305, Inc., which conern the product denoted in Plaintiff's operative complaint as "Infringing Product F" (*see* Complaint, Dkt. #1 ¶ 28(f)).

7
All other claims are ongoing.

8
9
10
The parties anticipate finalizing the terms of the long-form agreement and filing a Stipulated Dismissal within the next 30 days, with the parties paying their own attorneys' fees and costs.

Respectfully submitted,

Date: May 26, 2021   By:   /s/ *Trevor W. Barrett*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff