1  Scott Alan Burroughs, Esq. (SBN 235718)
   scott@donigerlawfirm.com
2  Trevor W. Barrett, Esq. (SBN 287174)
   tbarrett@donigerlawfirm.com
3  DONIGER / BURROUGHS APC
4  603 Rose Avenue
5  Venice, California 90291
   Telephone: (310) 590-1820
6
7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11  UNICOLORS, INC.,                 Case No.: 2:21-cv-00999-SB-AGR
                                     *Hon. Stanley Blumenfeld Presiding*
12       Plaintiff,
13                                   NOTICE OF SETTLEMENT
14       v.
15  PURPLE LABEL, INC., *et al.*,
16
17       Defendants.
18
19
20
21
22
23
24
25
26
27
28

- 1 -

1    TO THE HONORABLE COURT, ALL PARTIES, AND THEIR

2  RESPECTIVE COUNSEL OF RECORD,

3    PLEASE TAKE NOTICE that a settlement has been reached to resolve the

4  remaining claims at issue in the action. The parties are in the process of finalizing the

5  long form agreement but anticipate the filing of a Stipulated Dismissal of the Action

6  in the coming days with each of the Parties paying their own attorneys' fees and

7  costs. In the interim, the parties respectfully request that the Court take all dates and

8  filing deadlines, including on pending motions, off-calendar and retain jurisdiction

9  for the purposes of enforcing the settlement agreement.

10                                              Respectfully submitted,

11

12  Date: November 10, 2021         By:   /s/ *Trevor W, Barrett*
                                          Scott Alan Burroughs, Esq.
13                                        Trevor W. Barrett, Esq.
                                          DONIGER / BURROUGHS
14                                        Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF SETTLEMENT